UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Deonte Bell,

      Petitioner,

v.

Bryan Birkholz, Warden, FPC Duluth,

      Respondent.

Civil No. 21-cv-0096 (PJS/TNL)

ORDER

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated February 23, 2021 (ECF No. 4), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. The petition for a writ of habeas corpus of petitioner Deonte Bell (ECF No. 1) is **DENIED.**

2. This matter is **DISMISSED.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: March 16, 2021

                                                The Honorable Patrick J. Schiltz
United States District Court Judge
for the District of Minnesota